# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143232 & (43)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CHARLES DIXON,
       Plaintiff-Appellant,

v

HUDSONVILLE TRUCK AND TRAILER
SERVICE COMPANY,
       Defendant,
and

BORCULO GARAGE, d/b/a GRASSMID
TRANSPORT,
       Defendant-Appellee,
and

STOUGHTON TRAILERS, INC., and
HENDRICKSON USA, L.L.C.,
       Defendants.
_____/

SC: 143232
COA: 296948
Kent CC: 07-08338-NP

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the May 3, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

t0919